No. —, original. EX PARTE CLARENCE KELLY. January 6, 1941. The motion for leave to file petition for writ of habeas corpus is denied.

No. 90. SAMPAYO *v.* BANK OF NOVA SCOTIA. October 14, 1940. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, granted. *Mr. F. B. Fornaris* for petitioner. *Mr. Henri Brown* for respondent.

No. 72. BEAL, COUNTY ATTORNEY, ET AL. *v.* MISSOURI PACIFIC RAILROAD CORP. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, *H. Emerson Kokjer,* and *Edwin Vail,* Assistant Attorneys General, for petitioners. *Messrs. J. A. C. Kennedy, G. L. De Lacy, R. E. Svoboda,* and *E. J. Svoboda* for respondent.